

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Anthony Oliver

**Civil Action No.** 21-cv-1590-TWR-AGS

**Plaintiff,**

**V.**

Scram of California, Inc., a California
Corporation; Does 1-10, inclusive

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court (1) DENIES Plaintiff's Motion to Proceed IFP (ECF No. 2) as barred by 28 U.S.C. Section 1915(g); and (2) DISMISSES Plaintiff's Complaint for failure to satisfy the filing fee requirement; Case is closed.

**Date:**     12/16/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  T. Hernandez

T. Hernandez, Deputy